# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KARAMELION LLC, <br><br> Plaintiff, <br><br> v. <br><br> FIBAR USA, LLC, <br><br><br> Defendants. | Case No. 19-CV-06330 <br><br> Honorable Sharon Johnson Coleman |

## NOTICE OF MOTION

Please take notice that on **November 19, 2019 at 8:45 a.m.**, or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Sharon Johnson Coleman, or any other Judge sitting in her stead, in Room 1241, the courtroom usually occupied by her at the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there, present the **Agreed Motion for Second Extension of Time to Answer or Otherwise Plead and Agreed Motion to Continue Hearing**, which has been filed with the Clerk of the Court using the CM/ECF system along with this notice.

November 11, 2019

Respectfully submitted,

/s/ *Anna M. Targowska*
Anna M. Targowska
Eligio C. Pimentel
**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000
(312) 775-8100 (Fax)
atargowska@mcandrews-ip.com

**Attorneys for Defendant, Fibar USA, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2019, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court via the Court's CM/ECF System, which will automatically send notification of such filing to the individuals registered to receive notices via email transmission with the Court's ECF System.

/s/ *Anna M. Targowska*