# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KARAMELION LLC, <br><br> Plaintiff, <br><br> v. <br><br> FIBAR USA LLC, <br><br> Defendant. | Case No. 19-CV-06330 <br><br> Judge Sharon Johnson Coleman |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Defendant Fibar USA LLC, ("Fibar") moves under LR 7.1 for leave to exceed the page limits for a brief in support of its Motion To Dismiss Under Rule 12(b)(6). Fibar's memorandum exclusive of Caption, signature, and tables is 21 pages in 14 pt font. The extra pages are warranted since the motion is directed to three different legal issues each of which is case dispositive. Fibar's Motion includes a table of contents and a table of cases under LR 7.1., and would have been only 16 pages in 12 pt font. Defendant respectfully requests this Court grant Leave to Exceed Page Limits.

| | |
|---|---|
| January 22, 2020 | Respectfully submitted, |
| | <u>/s/ Gregory C. Schodde</u><br>**MCANDREWS, HELD & MALLOY, LTD.**<br>500 West Madison Street, 34th Floor<br>Chicago, Illinois 60661<br>(312) 775-8000<br>(312) 775-8100 – fax<br>GSchodde@mcandrews-ip.com<br><br>**Attorney for Defendant, Fibar USA LLC** |