# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KARAMELION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FIBAR USA LLC,<br><br>    Defendant. | Case No. 19-CV-06330<br><br>Judge Sharon Johnson Coleman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, January 28, 2020 at 8:45 a.m.**, in the courtroom of Judge Sharon Johnson Coleman (Room 1241), or such other time and location as the Court sets, Defendant Fibar USA LLC will present its **Motion for Leave to Exceed Page Limitation**, which has been filed with the Clerk of the Court using the CM/ECF system along with this notice.

January 22, 2020

              Respectfully submitted,

              /s/ *Gregory C. Schodde*
              Gregory C. Schodde
              **MCANDREWS, HELD & MALLOY, LTD.**
              500 West Madison Street, 34th Floor
              Chicago, Illinois 60661
              (312) 775-8000
              (312) 775-8100 – fax
              GSchodde@mcandrews-ip.com

              **Attorney for Defendant, Fibar USA LLC**