```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


KARAMELION LLC,                        )  No. 19 CV 6330
                                       )
            Plaintiff,                 )
                                       )
       v.                              )  Chicago, Illinois
                                       )  December 18, 2019
FIBAR USA LLC,                         )  8:55 a.m.
                                       )
            Defendant.                 )  Motion Hearing


              TRANSCRIPT OF PROCEEDINGS
     BEFORE THE HONORABLE SHARON JOHNSON COLEMAN


APPEARANCES:


For the Plaintiff:      DIRECTION IP LAW
                        P.O. Box 14184
                        2620 N. Burling Street
                        Chicago, Illinois  60614
                        BY:  MR. DAVID R. BENNETT


For the Defendant:      McANDREWS HELD & MALLOY, LTD.
                        Northwestern Atrium Center
                        500 West Madison Street
                        Suite 3400
                        Chicago, Illinois  60661
                        BY:  MS. ANNA M. TARGOWSKA
                             MS. AMBER CARPENTER






          TRACEY DANA McCULLOUGH, CSR, RPR
                Official Court Reporter
             219 South Dearborn Street
                     Room 1232
              Chicago, Illinois  60604
                    (312) 435-5570
```

| | |
|---|---|
| 1 | THE CLERK: 19 CV 6330, Karamelion versus Fibar. |
| 2 | MS. TARGOWSKA: Good morning, Your Honor. Anna |
| 3 | Targowska on behalf of defendant Fibar. |
| 4 | THE COURT: Defendant stand over here. Plaintiffs |
| 5 | close to the jury box. All right. Plaintiff. |
| 6 | MR. BENNETT: Good morning, Your Honor. David |
| 7 | Bennett on behalf of the plaintiff Karamelion. |
| 8 | THE COURT: Thank you. |
| 9 | MS. CARPENTER: Amber Carpenter on behalf of the |
| 10 | defendant. |
| 11 | THE COURT: Also, and you already have her name, |
| 12 | Tracey? |
| 13 | THE COURT REPORTER: Yes. |
| 14 | THE COURT: Why don't you say it again. |
| 15 | MS. TARGOWSKA: Anna Targowska. |
| 16 | THE COURT: All right. |
| 17 | MS. TARGOWSKA: On behalf of defendant. |
| 18 | THE COURT: Also for the defendant. All right. So |
| 19 | you all are engaged in settlement talks, is that correct, and |
| 20 | you want another extension of time? |
| 21 | MS. TARGOWSKA: That's right, Your Honor. |
| 22 | THE COURT: And how engaged -- I mean, this is the |
| 23 | third extension. |
| 24 | MS. TARGOWSKA: Yes. So Fibar has been actively |
| 25 | litigating actually in this forum with three other entities. |

1  And they are trying to work out those cases outside of the
2  courtroom.  And we already have a settlement offer from the
3  plaintiff, and we are planning on submitting our response this
4  week.
5          THE COURT:  All right.  Are you working with Judge
6  Valdez or no?  Are you working with the magistrate judge?
7          MS. TARGOWSKA:  No.
8          MR. BENNETT:  No, Your Honor.
9          THE COURT:  All right.  And plaintiff how close do
10 you think this is?  It sounds like she's talking global
11 settlement.  Is that what you're talking about, with all three
12 cases?
13         MS. TARGOWSKA:  No.  So the three cases are not
14 related, but the client is -- Fibar is just busy with settling
15 other litigations, and so they might not have been --
16         THE COURT:  You haven't filed --
17         MS. TARGOWSKA:  It's just taking a little bit of time
18 to, to get through each issue.
19         THE COURT:  Well, the, the Court understands.  But
20 this is your third extension to file a response to the
21 complaint.
22         MS. TARGOWSKA:  Yes, Your Honor.  But we really hope
23 this case can be resolved outside of --
24         THE COURT:  I'd hope so too, but that doesn't mean we
25 stop doing it if it hasn't happened.  Do you have an objection

1  to going through the holidays?
2          MR. BENNETT:  No, Your Honor.  No objection.
3          THE COURT:  All right.  And how long were you looking
4  for?
5          MS. TARGOWSKA:  January 20th.
6          THE COURT:  You're fine with that?
7          MR. BENNETT:  Yes, Your Honor.
8          THE COURT:  All right.  That's -- well, after that,
9  the Court's not fine with it unless I see some more proof as
10 to -- other than what I'm seeing here.  All right.
11 January 20th.  And January 20th will also be the status date --
12 no, it can't be.  That's a holiday.  January 24th or
13 January 31st, pick one for status.  Unless you're going to file
14 a stipulation January 20th.  That's fine.  The computer's
15 always open.
16         MS. TARGOWSKA:  January -- either date is fine with
17 me.  Counsel.
18         THE COURT:  Plaintiff.
19         MR. BENNETT:  Either date is also fine.
20         THE COURT:  All right.  How is it for our schedule,
21 Yvette?
22         THE CLERK:  We can do January 24th at 9:00 a.m.
23         THE COURT:  We'll see you then unless you file a
24 stipulation of dismissal before then.  All right.  The next
25 date this case will be moving forward.  All right.  Thank you.

1    MS. TARGOWSKA:  Thank you, Your Honor.

2    MR. BENNETT:  Thank you, Your Honor.

3    THE COURT:  Have a good holiday.

4                    CERTIFICATE

5    I HEREBY CERTIFY that the foregoing is a true,

6 correct and complete transcript of the proceedings had at the

7 hearing of the aforementioned cause on the day and date hereof.

8

9 _/s/TRACEY D. McCULLOUGH_                    _January 17, 2020_

10 Official Court Reporter                                Date
   United States District Court
11 Northern District of Illinois
   Eastern Division