### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KARAMELION LLC, | |
| Plaintiff | C.A. No. 1:19-cv-6330 |
| v. | Hon. Judge Sharon Johnson Coleman |
| FIBAR USA LLC, | |
| Defendant. | |

**AGREED MOTION TO EXTEND THE DEADLINE TO FILE THE RESPONSE AND REPLY TO DEFENDANT FIBAR USA LLC'S MOTION TO DISMISS UNDER RULE 12(B)(6)**

Plaintiff Karamelion LLC ("Karamelion") and Defendant Fibar USA LLC ("Fibar"), by and through their counsel, hereby move the Court for an extension of time for Karamelion to file its response to Defendant Fibar USA LLC's Motion to Dismiss Under Rule 12(b)(6) ("Motion") and for an extension of time for Fibar to file its reply to its Motion.

Karamelion has been investigating the issues in the Motion, which has required reaching out to third parties. Karamelion was diligent in contacting the third parties shortly after the Motion was filed; however, the third parties have been very slow to respond. The information sought is relevant to whether it is appropriate to address the issues raised in the Motion at the pleading stage. Additional time is therefore necessary for Karamelion to conclude its investigation prior to responding to the Motion. Karamelion's response is currently due on February 28, 2020. Karamelion seeks a two-week extension to March 13, 2020, for its response. Fibar is seeking an extension on its reply from March 6, 2020, to March 27, 2020.

A status hearing is currently set for March 30, 2020.

1

For the foregoing reasons, the parties respectfully request that the Court extend Karamelion's time to file its response to Defendant Fibar USA LLC's Motion to Dismiss Under Rule 12(b)(6) to March 13, 2020, and extend Fibar's time to file a reply to March 27, 2020.

Dated: February 27, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ David R. Bennett* | */s/ Gregory C. Schodde* |
| David R. Bennett | Gregory C. Schodde |
| Direction IP Law | McAndrews, Held & Malloy, Ltd. |
| P.O. Box 14184 | 500 W. Madison, 34th Floor |
| Chicago, IL 60614-0184 | Chicago, IL 60661 |
| Telephone: (312) 291-1667 | Telephone: (312) 775-8000 |
| e-mail: dbennett@directionip.com | e-mail: GSchodde@mcandrews-ip.com |
| *Counsel for Plaintiff Karamelion LLC* | *Counsel for Defendant Fibar USA LLC* |

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 27, 2020, via the Court's CM/ECF system.

                                        */s/ David R. Bennett*
                                        David R. Bennett