# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Karamelion LLC
                    Plaintiff,

v.                                          Case No.: 1:19−cv−06330
                                            Honorable Sharon Johnson Coleman

Fibar USA LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2020:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's agreed motion to extend the deadline to file the response and reply to defendant Fibar USA LLC's motion to dismiss under Rule 12(B)(6) [39] is granted. Plaintiff's response to defendant's motion to dismiss [23] to be filed by 3/13/2020. Defendant's reply to be filed by 3/27/2020. No appearance necessary on 3/4/2020. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.