# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Karamelion LLC

                Plaintiff,

v.                                     Case No.: 1:19−cv−06330

                                            Honorable Sharon Johnson Coleman

Fibar USA LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 6, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the Northern District of Illinois' Second Amended General Order 20−0012, the 4/20/2020 status hearing is stricken. The Court will reset the status hearing at a later date. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.