# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KARAMELION LLC,<br><br>       Plaintiff,<br><br> v.<br><br>FIBAR USA LLC,<br><br>       Defendant. | Case No. 19-CV-06330<br><br>Judge Sharon Johnson Coleman |

**JOINT MOTION TO STAY ALL DEADLINES, NOTICE OF SETTLEMENT AND [PROPOSED] ORDER GRANTING THEREOF**

Plaintiff Karamelion LLC ("Plaintiff") and Defendant Fibar USA LLC, ("Defendant") submit this Joint Motion to Stay All Deadlines and Notice of Settlement and respectfully present to the Court the following:

1. Plaintiff and Defendant have reached a settlement in principle resolving all matters in controversy between the parties in the above-referenced action and are in the process of drafting and finalizing settlement papers.

2. Accordingly, Plaintiff and Defendant request a stay of all deadlines for a period of thirty (30) days so that the parties can finalize their agreement and file appropriate dismissal papers with the Court.

WHEREAS, Plaintiff and Defendant request the Court to grant this Joint Motion to Stay All Deadlines and enter an Order granting a temporary stay of all deadlines for a period of thirty (30) days and extending the deadline to reply to Plaintiff's response to Defendant's Motion to Dismiss, currently due June 12, 2020, for a period of (30 days).

| | |
|---|---|
| DATED: June 4, 2020 | Respectfully submitted, |
| **DIRECTION IP LAW** | **MCANDREWS, HELD & MALLOY, LTD.** |
| */s/ David R. Bennett* | */s/* Gregory C. Schodde |
| David R. Bennett | Gregory C. Schodde |
| P.O. Box 14184 | 500 W. Madison St., 34th Floor |
| Chicago, IL 60614-0184 | Chicago, IL 60661 |
| (312) 291-1667 | (312) 775-8000 |
| dbennett@directionip.com | gschodde@mcandrews-ip.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Karamelion LLC* | *Fibar USA LLC* |

## ORDER

**IT IS HEREBY ORDERED,** that all proceedings and deadlines in this case be stayed for thirty (30) days and extending the deadline to reply to Plaintiff's response to Defendant's Motion to Dismiss, currently due June 12, 2020, for a period of (30 days).

DATED: June __, 2020            */s/* _____

                                                          Judge Sharon Johnson Coleman