IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARAMELION LLC,<br><br>     Plaintiff,<br><br> v.<br><br>FIBAR USA LLC,<br><br>     Defendant. | Case No. 19-CV-06330<br><br>Judge Sharon Johnson Coleman |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, June 10, 2020 at 8:45 a.m.**, in the courtroom of Judge Sharon Johnson Coleman (Room 1241), or such other time and location as the Court sets, Defendant Fibar USA LLC will present its **Joint Motion to Stay All Deadlines, Notice of Settlement and [Proposed] Order Granting Thereof**, which has been filed with Clerk of the Court using the CM/ECF system along with this notice.

June 4, 2020

              Respectfully submitted,

              /s/ *Gregory C. Schodde*
              Gregory C. Schodde
              Amber J. Carpenter
              **MCANDREWS, HELD & MALLOY, LTD.**
              500 West Madison Street, 34th Floor
              Chicago, Illinois 60661
              (312) 775-8000
              (312) 775-8100 – fax
              gschodde@mcandrews-ip.com
              acarpenter@mcandrews-ip.com

              **Attorneys for Defendant, Fibar USA LLC**