# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Karamelion LLC
                      Plaintiff,

v.                                          Case No.: 1:19−cv−06330
                                                Honorable Sharon Johnson Coleman

Fibar USA LLC
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2020:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's joint motion to stay all deadlines, notice of settlement, and (proposed) order granting thereof [50] is granted. It is hereby ordered that all proceedings and deadlines in this case be stayed for thirty (30) days and extending the deadline to reply to Plaintiff's response to Defendant's Motion to Dismiss [23], currently due June 12, 2020, for a period of thirty (30) days. No appearance necessary on 6/10/2020. Status hearing on settlement is set for 7/17/2020 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.